# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Esmervi Carone Rodriguez<br><br>*Defendant(s)* | Case No.<br>2:18-MJ-149 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 4 2018

CLERK, U.S. DISTRICT COURT
By _____
  Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 3, 2018__ in the county of __Carson__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 846. | Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose Barron, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-4-18

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:18-MJ-149

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jose Barron being duly sworn, depose and state:

1. I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for about five (5) years with the Potter County Sheriff's Office, and as part of my duties as a Task Force Officer I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

2. This affidavit is made in support of a complaint and arrest warrant for Esmervi Carone Rodriguez. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3. On October 3, 2018, Texas Department of Public Safety (TXDPS) Corporal Darrin Bridges was working routine patrol on I-40 in Carson County, Texas. At approximately 11:57 p.m. Cpl. Bridges stopped a 2007 Mercedes GL450 for following too closely. Upon making contact with the driver of the vehicle, who was later identified as Esmervi CARONE RODRIGUEZ, Cpl. Bridges noticed indicators of possible criminal activity. DPS Sergeant Oscar Esquedea assisted Cpl. Bridges in translating Spanish to English and English to Spanish. Cpl. Bridges asked for consent to search the vehicle, which was granted by Esmervi CARONE RODRIGUEZ. During the search of the vehicle, Trooper Bridges located approximately 25 vacuum sealed packages of methamphetamine in the driver side rear quarter panel and 5 vacuum sealed packages of methamphetamine in the passenger side rear quarter panel. The total weight was approximately 35 pounds. One of the bundles of methamphetamine was field tested, and it gave a positive indicator for methamphetamine. This quantity of methamphetamine is consistent with distribution, as opposed to someone's personal use.

4. DEA Task Force Officer Jose Barron did respond to the Carson County DPS Office. TXDPS CID S/A Damon Samford did respond as well. TFO Barron did read Esmervi CARONE RODRIGUEZ his *Miranda* warnings in Spanish prior to him being interviewed. The interview was conducted in Spanish by TFO Barron. Esmervi

explained he had bought the Mercedes in Arizona and something went wrong with the vehicle when Emervi was home in Louisville, Kentucky. Esmervi stated he decided to return back to Arizona to have it fixed by the person that sold the vehicle to him. Esmervi stated he bought the Mercedes from a man named "Victor." When Esmervi was questioned about the location in from which the vehicle was bought, Esmervi stated he met "Victor" on a street corner to pick up the vehicle. When Esmervi was asked if he still had the person's number Esmervi stated it was in an old phone Esmervi no longer had. Esmervi then stated he left on Saturday arriving on Monday October 1, 2018. Esmervi explained once he arrived in Arizona he changed his mind and decided to return to Kentucky that Tuesday, October 2, 2018. Esmervi did say he stayed in a hotel in Phoenix, Arizona. As the conversation continued Esmervi stated just to give Agents an example if Esmervi said something or if Esmervi was aware of something that was in the car, Esmervi stated he has a family, a son, and a wife, which would put Esmervi in some problems. Esmervi then stated that is why Esmervi need to call them to tell them to be careful.

5. Based upon the foregoing, there is probable cause to believe that Esmervi CARONE RODRIGUEZ did knowingly and intentionally possessed with the intent to distribute 500 grams or more amount of Methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

Jose Barron
DEA Task Force Officer

Sworn to before me, and subscribed in my presence

10-4-18 at Amarillo, TX
Date         City and State

U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

Anna Marie Bell
Assistant United States Attorney