IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT - 4 2018
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:18-MJ-149 |
| ESMERVI CARONE RODRIGUEZ | |

## MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. **_Eligibility of Case_**. This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

   \_\_\_\_\_ A crime of violence as defined in 18 U.S.C. § 3156(a)(4), violation of section 1591, or federal crime of terrorism for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(A)).

   \_\_\_\_\_ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).

   __X__ A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

   \_\_\_\_\_ A felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).

   \_\_\_\_\_ A felony that involves a minor victim or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).

   \_\_\_\_\_ A felony that involves the possession or use of a firearm, destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).

   \_\_\_\_\_ A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).

   \_\_\_\_\_ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142 (f)(2)(B)).

2. **_Reason for Detention._** The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

     X   Defendant's appearance as required.
     X   Safety of any other person and the community.

3. **_Rebuttable Presumption._** The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). The presumption applies because there is:

     X   A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(e)(3)(A)).
   _____ An offense under Title 18, United States Code, Sections 924(c), 956(a), or 2332b. (18 U.S.C. § 3142(e)(3)(B)).
   _____ A federal crime of terrorism for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(e)(3)(C)).
   _____ An offense in Chapter 77 of Title 18 (human trafficking) for which the maximum sentence is 20 years or more. (18 U.S.C. § 3142(e)(3)(D))
   _____ Previous conviction for "eligible" offense committed while on pretrial bond. (18 U.S.C. § 3142(e)(2)).
   _____ a qualifying offense involving a minor victim. (18 U.S.C. § 3142(e)(3)(E)).

4. **_Time for Detention Hearing._** The United States requests the Court conduct the detention hearing:

   _____ At first appearance.
     X   After continuance of three days.
   _____ Moot at this time as defendant is in state [federal, administrative] custody. Hearing requested if detention becomes a viable issue.

5.  **_Eligibility for 10-Day Temporary Detention:_**  The court may temporarily detain the defendant to permit revocation of conditional release, deportation, or exclusion because:

A.  i)_____ The defendant is, and was at the time the offense was committed:

   _____ on release pending trial for a felony under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(i));
   _____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(ii));
   _____ on probation or parole for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(iii)); or

   ii)_____ The defendant is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20) (18 U.S.C. § 3142(d)(1)(B));

B.  And the defendant:

   _____ may flee; or
   _____ pose a danger to any other person or the community.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Anna Marie Bell*
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806.324.2356
Facsimile:   806.324.2399
E-mail:      anna.bell@usdoj.gov