IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:18-CR-128-D |
| ESMERVI CARONE RODRIGUEZ | |

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

|  |  | Offered | Admitted |
|---|---|---|---|
| 1. | Trooper's in-car video | _____ | _____ |
| 2. | Trooper's body camera video | _____ | _____ |
| 3. | Methamphetamine | _____ | _____ |
| 4. | Methamphetamine packaging | _____ | _____ |
| 5. | Transcript of traffic stop | _____ | _____ |
| 6. | Transcript of post-arrest interview | _____ | _____ |
| 7. | Photo of white SUV (front) | _____ | _____ |
| 8. | Photo of white SUV (side) | _____ | _____ |
| 9. | Photo of white SUV (rear) | _____ | _____ |
| 10. | Photo of rear cargo area | _____ | _____ |
| 11. | Photo of spare tire w/ plastic caps | _____ | _____ |
| 12. | Photo of exposed screw head w/o cap | _____ | _____ |
| 13. | Photo of closed panel door (driver's side) | _____ | _____ |

| | | | |
|---|---|---|---|
| 14. | Photo of screw head (close up) | \_\_\_\_\_ | \_\_\_\_\_ |
| 15. | Photo of compartment w/o panel door | \_\_\_\_\_ | \_\_\_\_\_ |
| 16. | Photo of panel lock (close up) | \_\_\_\_\_ | \_\_\_\_\_ |
| 17. | Photo of exposed compartment w/ methamphetamine (driver's side) | \_\_\_\_\_ | \_\_\_\_\_ |
| 18. | Photo of small suitcase in backseat | \_\_\_\_\_ | \_\_\_\_\_ |
| 19. | Photo of exposed compartment w/ methamphetamine (passenger's side) | \_\_\_\_\_ | \_\_\_\_\_ |
| 20. | Photo of five bundles of methamphetamine | \_\_\_\_\_ | \_\_\_\_\_ |
| 21. | Photo of 30 methamphetamine bundles | \_\_\_\_\_ | \_\_\_\_\_ |
| 22. | Photo of tool in glovebox | \_\_\_\_\_ | \_\_\_\_\_ |
| 23. | Photo of Arizona insurance ID card | \_\_\_\_\_ | \_\_\_\_\_ |
| 24. | Photo of Arizona MVD permit | \_\_\_\_\_ | \_\_\_\_\_ |
| 25. | Exam reports of Rodriguez's cell phones (CD) | \_\_\_\_\_ | \_\_\_\_\_ |
| 26. | Jail Call#1 | \_\_\_\_\_ | \_\_\_\_\_ |
| 27. | English transcript of Jail Call #1 | \_\_\_\_\_ | \_\_\_\_\_ |
| 28. | Jail Call#2 | \_\_\_\_\_ | \_\_\_\_\_ |
| 29. | English transcript of Jail Call #2 | \_\_\_\_\_ | \_\_\_\_\_ |
| 30. | Jail Call#3 | \_\_\_\_\_ | \_\_\_\_\_ |
| 31. | English transcript of Jail Call #3 | \_\_\_\_\_ | \_\_\_\_\_ |

| | | | |
|---|---|---|---|
| 32. | Photo of message on phone | _____ | _____ |
| 33. | Photo of message on phone | _____ | _____ |
| 34. | Photo of message on phone | _____ | _____ |
| 35. | Photo of message on phone | _____ | _____ |
| 36. | Photo of message on phone | _____ | _____ |
| 37. | Photo of message on phone | _____ | _____ |

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Joshua Frausto
JOSHUA FRAUSTO
Assistant United States Attorney
West Texas Deputy Branch Chief
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      joshua.frausto@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

/s/ Joshua Frausto
JOSHUA FRAUSTO
Assistant United States Attorney